UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-MJ-3366, NO. 23-CR-20271-DSL

IN RE SEALED SEARCH WARRANT

_____

## ORDER ALLOWING PRODUCTION OF SEARCH WARRANT MATERIALS

Having reviewed the United States of America's Motion to Produce Search Warrant Materials, and for good cause shown, the Court grants the United States' Motion and orders that the unredacted affidavit supporting the search warrant, application, and related materials in this matter may be produced to Defendants in *United States v. Blackman, et al.,* Case No. 23-CR-20271-DSL (S.D. Fla.), subject to the Protective Orders entered in this matter [D.E. 20 and D.E. 031]. This affidavit, and the search warrant and related documents, shall otherwise remain under seal until further order of the Court.

IT IS SO ORDERED.

Dated: May __7__, 2024

HON. DAVID LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:
Jennifer E. Burns
Darren Halverson
Shane Butland