UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20271-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**GREGORY SCHRECK, and
GARY COX**,

    Defendant.
_____/

## ORDER REFERRING MOTION TO MAGISTRATE JUDGE

THIS CAUSE came before the Court upon the Defendants' Joint Ex Parte Motion for Authorization to Exceed the CJA Maximum [ECF No. 132] ("the Motion"). Pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Criminal Procedure 59, and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is hereby **ORDERED AND ADJUDGED** that the Motion is **REFERRED** to United States Magistrate Judge Marty Elfenbein for a report and recommendation.

**DONE AND ORDERED** in Miami, Florida this 15th day of September, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record
        Magistrate Judge Marty Elfenbein