UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20271-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**GREGORY SCHRECK**,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. It is **ORDERED AND ADJUDGED** that this matter is **REFERRED** to United States Magistrate Judge Marty Fulgueira Elfenbein for a change of plea hearing. The parties shall contact Judge Elfenbein's Chambers to schedule a convenient date and time for the hearing.

**DONE AND ORDERED** in the Southern District of Florida this February 13, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record
       U.S.M.J. Marty Fulgueira Elfenbein