UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20271-LEIBOWITZ

UNITED STATES OF AMERICA

v.

GREGORY SCHRECK,

Defendant.

_____/

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Beginning in or around approximately September 2017, and continuing through in or around approximately October 2020, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant, GREGORY SCHRECK ("SCHRECK"), knowingly and willfully conspired and agreed with others, including his co-conspirators Brett Blackman, Gary Cox, Toni De Lanoy, and others to own, operate, and control the company HealthSplash, Inc. ("HealthSplash") which operated the internet-based portal DMERx. As part of this scheme, SCHRECK and his co-conspirators operated HealthSplash, and National Center for Pain, LLC ("NCP") (collectively, the "HealthSplash Network").

SCHRECK and his co-conspirators developed a scheme through the HealthSplash Network that targeted the Medicare program and other health care benefit programs to obtain millions of dollars in reimbursement for medically unnecessary orthotic braces and prescription creams, among other items.

SCHRECK and his co-conspirators at NCP and at various telemarketing companies targeted hundreds of thousands of beneficiaries on behalf of orthotic brace suppliers and

pharmacies. The beneficiaries were targeted to provide their personally identifiable information and accept braces, pain creams, and other items through misleading mailers, television advertisements, and calls from offshore call centers. Co-conspirators at brace suppliers and pharmacies instructed the telemarketing companies to solicit beneficiaries for the braces, pain creams, and other items that received the highest reimbursement from Medicare and health care benefit programs. SCHRECK, his co-conspirators, and others offered to connect brace suppliers, pharmacies, and telemarketing companies with telemedicine companies that used the DMERx platform and that would accept illegal kickbacks and bribes in exchange for arranging for medical practitioners to order braces, pain creams, and other items for these recruited beneficiaries.

SCHRECK, his co-conspirators, and others obtained beneficiary information from the brace suppliers, pharmacies, and telemarketing companies to transfer it to telemedicine companies through the DMERx platform. SCHRECK, his co-conspirators, and others then used the beneficiary information to create false and fraudulent standard form language for doctors' orders on the DMERx platform that the telemedicine companies were required to use, and which falsely represented that medical practitioners had examined and treated the beneficiaries. SCHRECK, his co-conspirators, and others designed the false and fraudulent doctors' orders to maximize reimbursement from the health care benefit programs and disguise the scheme.

SCHRECK, his co-conspirators, and others recruited additional co-conspirators at purported telemedicine companies, in the Southern District of Florida, and elsewhere, to pay medical practitioners to sign the false and fraudulent doctors' orders on the DMERx platform and arrange for the doctors' orders to be transferred to brace suppliers, pharmacies, and telemarketing companies that were clients of PMDRx and HealthSplash. The practitioners signed the false and

Page 2 of 4

fraudulent orders without regard to medical necessity and based on a brief telephone call with the beneficiary, or no interaction with the beneficiary at all.

Co-conspirators at brace suppliers, pharmacies, and telemarketing companies, including companies located in the Southern District of Florida, paid SCHRECK, his co-conspirators and others illegal kickbacks and bribes in exchange for signed doctors' orders and prescriptions obtained from the DMERx platform, which were then used to submit claims to Medicare and other health care benefit programs. SCHRECK was aware that funds derived from kickbacks and bribes in exchange for prescriptions for pain creams were paid into an account under the control of his coconspirators.

SCHRECK, his co-conspirators, and others received payments in exchange for connecting these parties, coordinating these illegal kickback transactions, and referring the completed doctors' orders to the brace suppliers, pharmacies, and telemarketing companies. SCHRECK, his co-conspirators, and others concealed and disguised the scheme, including by entering into sham contracts and agreements that falsely concealed the purpose, nature, and scope of arrangements between and among PMDRx, HealthSplash, brace suppliers, pharmacies, telemarketing companies, and purported telemedicine companies.

The doctors' orders that SCHRECK, his co-conspirators, and others caused to be generated through the DMERx platform were used for the purpose of billing Medicare and other health care benefit programs in an amount in excess of approximately $1 billion for orthotic braces and pain creams that were procured through the payment of kickbacks and bribes, and were medically unnecessary, and ineligible for reimbursement. Medicare and other health care benefit programs paid brace suppliers and pharmacies in excess of approximately $360,000,000 based on false and

Page 3 of 4

fraudulent claims submitted as a result of those doctors' orders.  SCHRECK personally benefitted from the conspiracy through approximately $500,000 in salary payments and direct payments to his company RX Efficiencies LLC.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me.  It does not include all the facts known to me concerning criminal activity in which I and others engaged.  I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

DATE: 2/20/25

GREGORY SCHRECK
Defendant

STEVEN HAGUEL, ESQ.
KENNETH SWARTZ, ESQ.
Attorneys for Defendant

DARREN C. HALVERSON
JENNIFER E. BURNS
Trial Attorneys

Page 4 of 4