UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20271-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**GREGORY SCHRECK**,

      Defendant.

_____/

## ORDER

**THIS CAUSE** comes before the Court on United States Magistrate Judge Marty Fulgueira Elfenbein's Report and Recommendation on Change of Plea, issued February 28, 2025. [ECF No. 178].

On February 20, 2025, Magistrate Judge Elfenbein held a Change of Plea hearing during which Defendant pled guilty to Count One of the Superseding Indictment [ECF No. 76] pursuant to a written plea agreement and appeal waiver [ECF No. 172]. Magistrate Judge Elfenbein thereafter issued this Report and Recommendation.

No party has filed objections to Magistrate Judge Elfenbein's Report and Recommendation, and the time to do so has passed.

The Court has conducted a review of the record and finds no error in the Report and Recommendation. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [**ECF No. 178**] is **AFFIRMED AND ADOPTED**.
2. The guilty plea entered into by Defendant Gregory Schreck as to Count One of the Superseding Indictment is **ACCEPTED**;

3. Defendant Gregory Schreck is adjudicated guilty of Count One of the Superseding Indictment, which charges Defendant with conspiracy to commit healthcare fraud, in violation of 18 U.S.C. § 1349.

**DONE AND ORDERED** in the Southern District of Florida on March 5, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record
Magistrate Judge Marty Fulgueira Elfenbein