UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20271 -DSL

UNITED STATES OF AMERICA

vs.

**BRETT BLACKMAN et al.,**

    **Defendant.**

                                  /

**UNITED STATES' NOTICE OF APPEARANCE**

Undersigned counsel hereby files this Notice of Appearance for the United States of America in this case. Please send all notices and inquiries concerning this matter to the undersigned counsel at the address listed below.

Dated: February 23, 2026        Respectfully submitted,

                                          JASON A. REDING QUIÑONES
                                          UNITED STATES ATTORNEY

                                          LORINDA LARYEA, CHIEF
                                          U.S. DEPARTMENT OF JUSTICE
                                          CRIMINAL DIVISION, FRAUD SECTION

By:      /s/ *Reginald Cuyler Jr.*
            Reginald Cuyler Jr.
            Trial Attorney
            Florida Bar No. 0114062
            United States Department of Justice
            Criminal Division, Fraud Section
            1400 New York Avenue NW
            Washington, D.C. 20005
            Tel: (202) 748-3024
            reginald.cuyler.jr@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 23, 2026, I served and filed the forgoing document with the Clerk of the Court via ECF.

                By:      <u>/s/ *Reginald Cuyler Jr.*</u>
                            Reginald Cuyler Jr.