**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  23-cr-20271-DSL**

**UNITED STATES OF AMERICA**

**vs.**

**GREGORY SCHRECK,**

   **Defendant.**

_____/

## GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE

The United States of America, by and through the undersigned counsel, respectfully moves this Court to depart downward from the applicable advisory guideline range of Defendant Gregory Schreck (the "Defendant") pursuant to Section 5K1.1 of the United States Sentencing Guidelines and Title 18, United States Code, Section 3553. In support, the Government states as follows:

1.      On February 20, 2025, the Defendant pleaded guilty to Count One in the Superseding Indictment, charging him with conspiracy to commit health care fraud, in violation of Title 18, United States Code, Section 1349.

2.      The Defendant has provided the Government with substantial assistance, which will be described at his sentencing hearing.

3.      As a result of the Defendant's substantial assistance, the United States recommends a forty percent (40%) reduction to his advisory guideline sentence.

4.      Pursuant to the plea agreement filed in this case as well as the Guidelines sentencing range calculated within the Presentence Investigation Report, the Defendant's Guidelines sentencing range is 120 months. A forty-percent (40%) reduction would result in a Guidelines sentencing range of approximately 72 months.

5.      The undersigned counsel has conferred with counsel for the Defendant, who does

not oppose this motion but reserves the right to request the Court for a further reduction.

Dated: July 10, 2026

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

LORINDA LARYEA
CHIEF, FRAUD SECTION
CRIMINAL DIVISION
UNITED STATES DEPARTMENT OF JUSTICE

*/s/ Reginald Cuyler Jr.*
DARREN C. HALVERSON
Florida Special Bar No. A5503082
REGINALD CUYLER JR.
Florida Bar No. 0114062
Trial Attorneys
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 880-2233
Tel: (202) 748-3024
Email: Darren.Halverson@usdoj.gov
Email: Reginald.Cuyler.Jr.@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 10, 2026, I electronically filed the foregoing document with the Clerk of Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record.

/s/ Reginald Cuyler Jr.
Trial Attorney