**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CR-20271-BB**

**UNITED STATES OF AMERICA**

**v.**

**GREGORY SCHRECK,**

**Defendant**.
______________________________/

**UNOPPOSED MOTION TO RESCHEDULE SENTENCING HEARING**

The Defendant. Gregory Schreck, by and through undersigned counsel, hereby moves this Honorable Court to reschedule the Sentencing Hearing in this case by one day, from its currently scheduled date of October 16, 2026, to October 15, 2026. In support of this Motion, the Defendant would show the following:

1. On January 27, 2023, the Court appointed Undersigned Counsel Steven Haguel to represent Mr. Schreck in relation to a "Target Letter" he received from the Government.

2. On June 27, 2023, the Grand Jury returned an Indictment charging Defendant Gregory Schreck with three counts: Conspiracy to Commit Health Care Fraud; Conspiracy to Pay and Receive Health Care Kickbacks; and Conspiracy to Defraud the United States and Make False Statements in Connection With Health Care Matters.

3. On October 26, 2023, the Court appointed Undersigned Counsel Kenneth Swartz as Second Chair to represent Mr. Schreck along with Mr. Haguel

4. Mr. Haguel and Mr. Swartz have been representing Mr. Schreck in this case since then.

5. On February 20, 2025, Mr. Schreck pled guilty to Count One of the Superseding Indictment charging him with Conspiracy to Commit Health Care Fraud. Since then, Mr. Schreck

has cooperated fully with the Government and has testified in the trial of Co-Defendant Bret Blackman.

6, The Sentencing Hearing in this case is currently scheduled for October 16, 2026, at 10 A.M.

7. Undersigned Counsel Swartz is unable to attend the Sentencing Hearing on that date as he is scheduled to fly to Detroit in the morning of October 16.

8. Defendant Gregory Schreck is not comfortable with the Sentencing Hearing taking place in the absence of one of his attorneys.

9. The Defendant is respectfully requesting that the date of his Sentencing Hearing be moved up by one day from October 16, 2026, to October 15, 2026, to enable both of his attorneys to be present.

10, Undersigned Counsel has contacted Assistant United States Attorneys Darren Halverson and Reginald Cuyler. They both indicate that they have no opposition to the granting of this Motion.

WHEREFORE, the Defendant GREGORY SCHRECK prays this Court reschedule the date of his Sentencing Hearing to October 15, 2026.

Respectfully submitted,

*/s/*

Steven H. Haguel, Esq. (Florida Bar No. 237884)
Email: Steven@HaguelLaw.com
LAW OFFICE OF STEVEN H. HAGUEL
11301 South Dixie Highway
Post Office Box 565283

Miami, Florida, 33256
Telephone: (305) 256-1000
*Attorney for Defendant, Gregory Schreck.*

_____________/s/_____________________

Kenneth M. Swartz (Florida Bar No. 331929)
14 N.E. First Avenue
One Flagler Building
Suite 1211
Miami, FL 33132
305-579-9090
Fax: 305-579-9090
Email: ken@swartzlawyer.com
*Attorney for Defendant, Gregory Schreck*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 25, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record.

______________/s/_______________

Steven H. Haguel

*Attorney for Defendant, Gregory Schreck.*