**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-20271-CR-LEIBOWITZ**

**UNITED STATES OF AMERICA,**

**v.**

**GREGORY SCHRECK,**

**Defendant.**
_________________________________/

**ORDER DENYING MOTION TO RESCHEDULE SENTENCING HEARING**

THIS CAUSE came before the Court on the Defendant's Unopposed Motion to Reschedule Sentencing Hearing [ECF No.537]. Being fully advised, it is **ORDERED AND ADJUDGED** that the Motion is **DENIED.**

**DONE AND ORDERED** in the Southern District of Florida on October 9, 2026.

_________________________________
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record